IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KENNETH MARSHALL                                                         PLAINTIFF

v.                                          Civil No. 1:15-CV-1002

OFFICER HAYNES,
SERGEANT RICHERSON,
and LIEUTENANT DELANEY                                                  DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed June 28, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 37. Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 15) be granted. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Defendants' Motion for Summary Judgment (ECF No. 15) is **GRANTED**, and Plaintiff's claims against all Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 27th day of July, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge